Opinion issued September 19, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00465-CV

____________


RUSS GRANT D/B/A GABION CONSTRUCTION SERVICES, INC., Appellant


V.


WILLIAM STANLEY KEE, Appellee






On Appeal from the 312th District Court

Galveston County, Texas

Trial Court Cause No. 01CV0720






O P I N I O N

 Appellant has filed a motion to dismiss her appeal. More than 10 days has
elapsed and, and no objection has been filed. No opinion has issued. Accordingly,
the motion is granted, and the appeal is dismissed without prejudice. Tex. R. App.
P 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Hedges, Keyes, and Price. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Frank C. Price, former Justice, Court of Appeals, First
District of Texas, participating by assignment.